UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | : | MISC 06 -013ML |
| vs. | : | C.A. NO. MISC. |
| JAMES T. MARASCO, Respondent | : | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney complains as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons;

2. Lisa Maloney is a Revenue Officer of the Internal Revenue Service employed in the Small Business/Self Employed Division of the office of the Area Director of Internal Revenue Service, 380 Westminster Street, Providence, Rhode Island 02903, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg.§ 301.7602-1, 26 C.F.R. 301.7602-1;

3. Upon information and belief, the respondent, James T. Marasco, resides or may be found at 54 W. River Parkway, North

Providence, Rhode Island 02904, within the jurisdiction of this Court.

4. Revenue Officer Lisa Maloney is conducting an investigation of the tax liability of James T. Marasco for the period(s) ending December 31, 2001, December 31, 2002, and, December 31, 2003. See Declaration of Lisa Maloney, attached to this Petition as Exhibit A.

5. Upon information and belief, the respondent, James T. Marasco, is in possession and control of testimony and documents that may be relevant to this investigation.

6. On August 10, 2005, an Internal Revenue Service summons was issued directing the respondent, James T. Marasco, to appear before Revenue Officer Lisa Maloney on August 31, 2005,at 11:00 A.M. at the Internal Revenue Service, 380 Westminster Street, Providence, Rhode Island 02903, to testify and to produce for examination books, papers, records, or other data described in the summons. See Summons, attached as Exhibit B. An attested copy of the summons was served to respondent James T. Marasco on August 10, 2005, by Revenue Officer Lisa Maloney by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. See Exhibits A and B.

7. The respondent failed to appear on August 31, 2005. The respondent's noncompliance with the summons continues to this date. See Exhibit A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Exhibit A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records, or other data to properly determine the Federal tax liability of James T. Marasco, for the period(s) ending December 31, 2001, December 31, 2002, and December 31, 2003.

THEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, James T. Marasco, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an Order directing the respondent, James T. Marasco, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony, and production of the books, papers, records, or other data before Revenue Officer Lisa Maloney or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Lisa Maloney or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza 8th FL
Providence, RI 02903
401/709-5000