# Summons

In the matter of **James T Marasco, 54 W River Parkway, North Providence, RI 02904**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - Non SBSE Field Area**

Periods **Calendar years ended December 31, 2001; December 31, 2002 & December 31, 2003**

## The Commissioner of Internal Revenue

To **James T Marasco**
At **54 W River Parkway North Providence, RI 02904**

You are hereby summoned and required to appear before Lisa A. Maloney , an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **Calendar years ended December 31, 2001; December 31, 2002 & December 31, 2003**, including but not limited to: statement of wages for the year(s) **Calendar years ended December 31, 2001; December 31, 2002 & December 31, 2003**, statements regarding interest or dividend income for the year(s) **Calendar years ended December 31, 2001; December 31, 2002 & December 31, 2003**; employee earnings statements for the year(s) **Calendar years ended December 31, 2001; December 31, 2002 & December 31, 2003**; records of deposits to bank accounts during the year(s) **Calendar years ended December 31, 2001; December 31, 2002 & December 31, 2003**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **Calendar years ended December 31, 2001; December 31, 2002 & December 31, 2003** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

380 Westminster Street, Providence, RI 02903 (401) 525-4190

**Place and time for appearance at:** 380 Westminster Street, Providence, RI 02903

**on the** 31 **day of** August , 2005 **at** 11 **o'clock** A **m.**

**Issued under authority of the Internal Revenue Code this** 10 **day of** August , 2005

IRS
Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Lisa Maloney
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer *(if applicable)*

Title

EXHIBIT B

**Original** -- to be kept by IRS