IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner | ) | |
| v. | ) | Misc. 06-013ML |
| JAMES T. MARASCO,<br>Respondent | ) | |

**NOTICE OF COMPLIANCE**

This matter was heard by the Court on April 4, 2006. Respondent James T. Marasco was directed to provide Revenue Officer Lisa Maloney with tax returns for calendar years 2000 through 2003. James T. Marasco has provided the requested documents and has complied with the Summons issued by the Internal Revenue Service.

Respectfully submitted,

Robert Clark Corrente
UNITED STATES ATTORNEY

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2006, I electronically filed the within Notice of Compliance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

The following participant has received the Notice of Compliance by postage prepaid mail.

James T. Marasco
54 W. River Parkway
North Providence, RI 02904

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov